

FILED

JUL 1 2 2018

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

18 CR 147 CVE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. _____ |
| | ) |
| Plaintiff, | ) **INDICTMENT** |
| | ) [COUNT 1: 18 U.S.C. § 1466A(a)(1) |
| v. | ) – Production of Obscene Visual |
| | ) Representations of the Sexual Abuse |
| JERRY MATTHEW BERRY, | ) of Children; |
| | ) COUNT 2: 18 U.S.C. §§ 2252(a)(2) |
| Defendant. | ) and 2252(b)(1) – Distribution of Child |
| | ) Pornography; |
| | ) COUNT 3: 18 U.S.C. §§ 2252(a)(2) |
| | ) and 2252(b)(1) – Receipt of Child |
| | ) Pornography; |
| | ) COUNT 4: 18 U.S.C. §§ 2252(a)(4)(B) |
| | ) and 2252(b)(2) – Possession of Child |
| | ) Pornography; and |
| | ) Forfeiture Allegation:  18 U.S.C. |
| | ) § 2253 – Child Pornography |
| | ) Forfeiture] |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**[18 U.S.C. § 1466A(a)(1)]**

Between on or about May 22, 2017 and May 22, 2018, more exact dates being unknown to the Grand Jury, in the Northern District of Oklahoma, the defendant, **JERRY MATTHEW BERRY**, did knowingly produce digitally altered visual depictions that portray minors engaging in sexually explicit conduct and are obscene.  These depictions were produced using materials which had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of 18 U.S.C. Section 1466A(a)(1).

## COUNT TWO
### [18 U.S.C. §§ 2252(a)(2) and 2252(b)(1)]

Between on or about October 10, 2017 and May 22, 2018, in the Northern District of Oklahoma, the defendant, **JERRY MATTHEW BERRY**, knowingly distributed, and attempted to distribute, visual depictions of minors engaging in sexually explicit conduct, using any means and facilities of interstate and foreign commerce and which visual depictions had been mailed, shipped, and transported in and affecting interstate and foreign commerce. These depictions contained materials which had been so mailed and shipped and transported by any means, including by computer, and knowingly reproduced any such visual depiction for distribution using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce. The production of such depictions involved the use of minors engaging in sexually explicit conduct and the visual depictions were of such conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT THREE
**[18 U.S.C. §§ 2252(a)(2) and 2252(b)(1)]**

Between on or about October 10, 2017 and May 22, 2018, in the Northern District of Oklahoma, the defendant, **JERRY MATTHEW BERRY**, knowingly received, and attempted to received, visual depictions of minors engaging in sexually explicit conduct, using any means and facilities of interstate and foreign commerce and which visual depictions had been mailed, shipped, and transported in and affecting interstate and foreign commerce. These depictions contained materials which had been so mailed and shipped and transported by any means, including by computer. The production of such depictions involved the use of minors engaging in sexually explicit conduct and the visual depictions were of such conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT FOUR
### [18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2)]

On or about May 22, 2017, the defendant, **JERRY MATTHEW BERRY**, knowingly possessed, and knowingly accessed with intent to view, visual depictions of minors engaging in sexually explicit conduct in one or more graphic image files and video files. The production of the visual depictions involved the use of at least one prepubescent minor and a minor that had not attained 12 years of age engaging in sexually explicit conduct. The visual depictions had been mailed, and had been shipped and transported in and affecting interstate and foreign commerce, and had been shipped and transported using means and facilities of interstate and foreign commerce, and were produced using materials which had been so mailed and shipped and transported by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252 (b)(2).

## FORFEITURE ALLEGATION
### [18 U.S.C. § 2253]

The allegations contained in Counts One through Four of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

Upon conviction of the child pornography offenses alleged in Counts One through Three of this Indictment, as part of his sentence, the defendant, **JERRY MATTHEW BERRY**, shall forfeit to the United States any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, including, but not limited to:

**COMPUTER AND ELECTRONIC ACCESSORY**

Samsung Android smart phone, model SM-J320R4, ID number aacfe4fa5ad498c0.

All pursuant to Title 18, United States Code, Section 2253.

R. TRENT SHORES
UNITED STATES ATTORNEY

_____
CHRISTOPHER J. NASSAR
Assistant United States Attorney

A TRUE BILL

_/s/ Grand Jury Foreperson_____
GRAND JURY FOREPERSON